PER CURIAM.
Appellant appeals from the trial court’s denial of his Criminal Procedure Rule No. 1 motion, F.S.A. ch. 924 Appendix. We affirm the trial court on the authority of Johnson v. State of New Jersey, 384 U.S. 719, 86 S.Ct. 1772, 16 L.Ed.2d 882 (1966), wherein the United States Supreme Court held that Escobedo v. State of Illinois, 378 U.S. 478, 84 S.Ct. 1758, 12 L.Ed.2d 977 (1964), and Miranda v. State of Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), should not be given retroactive effect.
Affirmed.
ALLEN, C. J., and SHANNON and LILES, JJ., concur.